**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Destinations to Recovery, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Destinations for Teens** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1688828** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20951 Burbank Blvd. Suite D**<br>**Woodland Hills, CA 91367** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Destinations to Recovery, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Destinations to Recovery, LLC**                                    Case number (*if known*) _____
          Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

---

Debtor    **Destinations to Recovery, LLC**
      Name      Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    <u>Destinations to Recovery, LLC</u>                          Case number *(if known)* _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>November  8, 2024</u>
               MM / DD / YYYY

X _____          Daniel Samson
Signature of authorized representative of debtor     Printed name

Title    **President/CEO**

**18. Signature of attorney**

X **/s/ Eric Bensamochan, Esq. SBN**                    Date **November  8, 2024**
Signature of attorney for debtor                             MM / DD / YYYY

**Eric Bensamochan, Esq. SBN 255482**
Printed name

**The Bensamochan Law Firm, Inc.**
Firm name

**9025 Wilshire Blvd., Suite 215**
**Beverly Hills, CA 90211**
Number, Street, City, State & ZIP Code

Contact phone   **(818) 574-5740**          Email address   **eric@eblawfirm.us**

**SBN 255482 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Destinations to Recovery, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&E Lanscape 926 Leaslie Rd Apt B El Cajon, CA 92020 | | Vendor | | | | $5,500.00 |
| ADP, Inc 1 ADP Blvd. Roseland, NJ 07068-1728 | | Payroll | | | | $246,936.00 |
| Atoosa Javaheri 5336 Corteen Pl # 7 Valley Village, CA 91607 | | Vendor | | | | $15,480.00 |
| Avedissian Olgas 22A Paloma Ave. Venice, CA 90291 | | Vendor | | | | $5,640.00 |
| Baback Bob Gabbay MD Inc 5016 Parkway Calabasas Unite 212 Calabasas, CA 91302 | | Vendor | | | | $19,352.56 |
| BMO Bank N.A. c/o Bank of the West P.O. Box 5732 Carol Stream, IL 60197 | | The UCC lien is secured by all assets of the company, including real property, inventory, equipment, accounts receivable, and any other personal prope | | $72,552.83 | $0.00 | $72,552.83 |
| Daniel A Samson 20951 Burbank Blvd. Suite D Woodland Hills, CA 91367 | | Insider/Vendor | | | | $30,050.84 |

| Debtor | **Destinations to Recovery, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dreamscape Marketing LLC 6716 Alexander Bell Dr Ste 225 Columbia, MD 21046** | | **Vendor** | | | | **$22,308.26** |
| **Faggioli Enterprises, Inc 2816 Honololulu Ave. # 823 Verdugo City, CA 91046** | | **Vendor** | | | | **$7,722.00** |
| **Felix Carpet Clinic 13258 Birch Tree Lane Poway, CA 92064** | | **Vendor** | | | | **$5,850.00** |
| **HandyJuan or Juandyman 876 Phioenix Ave. Ventura, CA 93004** | | **Vendor** | | | | **$7,050.00** |
| **Hansen Hunter & Co P.C. 7080 SW Fir Loop Suite 100 Portland, OR 97223** | | **Vendor** | | | | **$16,100.00** |
| **Integrated Health Systems LLC PO Box 23072 Overland Park, KS 66283** | | **Vendor** | | | | **$6,992.00** |
| **IPFS Corporation of California PO BOX 412086 Kansas City, MO 64141** | | **Vendor** | | | | **$42,654.22** |
| **Kapitus LLC 2500 Wilson Blvd, Suite 350 Arlington, VA 22201** | | **The UCC lien is secured by all assets of the company, including real property, inventory, equipment, accounts receivable, and any other personal prope** | | **$170,000.00** | **$0.00** | **$170,000.00** |
| **Keri Poppins LLC 3463 Villa Hermosa Dr. Las Vegas, NV 89121** | | **Vendor** | | | | **$14,850.00** |

Debtor    **Destinations to Recovery, LLC**                                    Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LLJ Adler WCCII, LLC c/o Adler Realty Investments, Inc. 21031 Warner Center Lane, Suite C Woodland Hills, CA 91367** | | **Past due rent** | | | | **$90,000.00** |
| **Los Angeles Dept of Water & Power P.O. Box 30808 Los Angeles, CA 90030** | | **Utility Bill** | | | | **$12,654.79** |
| **Relias Learning LLC PO Box 74008620 Chicago, IL 60674** | | **Vendor** | | | | **$5,847.27** |
| **Rock to Recovery 375 Aster Street Laguna Beach, CA 92651** | | **Vendor** | | | | **$12,600.00** |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Beverly Hills**                              , California.

Date:    **November  8, 2024**

**Daniel Samson**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1          **F 1015-2.1.STMT.RELATED.CASES**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re  **Destinations to Recovery, LLC** _____ Case No. _____

Debtor(s)  Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $ _____**18,262.00**

   Prior to the filing of this statement I have received _____ $ _____**18,262.00**

   Balance Due _____ $ _____**0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

<table>
<tr><td colspan="2" align="center">**CERTIFICATION**</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>**November  8, 2024**<br>*Date*</td><td>**/s/ Eric Bensamochan, Esq. SBN**<br>**Eric Bensamochan, Esq. SBN 255482**<br>*Signature of Attorney*<br>**The Bensamochan Law Firm, Inc.**<br>**9025 Wilshire Blvd., Suite 215**<br>**Beverly Hills, CA 90211**<br>**(818) 574-5740   Fax: (818) 961-0138**<br>**eric@eblawfirm.us**<br>*Name of law firm*</td></tr>
</table>

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Eric Bensamochan, Esq. SBN 255482**<br>**9025 Wilshire Blvd., Suite 215**<br>**Beverly Hills, CA 90211**<br>**(818) 574-5740 Fax: (818) 961-0138**<br>California State Bar Number: SBN 255482 CA<br>eric@eblawfirm.us | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

      **Destinations to Recovery, LLC**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __November  8, 2024__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __November  8, 2024__

**/s/ Eric Bensamochan, Esq. SBN**
_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015
                                  **F 1007-1.MAILING.LIST.VERIFICATION**

Destinations to Recovery, LLC
20951 Burbank Blvd. Suite D
Woodland Hills, CA 91367


Eric Bensamochan, Esq. SBN
The Bensamochan Law Firm, Inc.
9025 WIlshire Blvd., Suite 215
Beverly Hills, CA 90211


10461 Quail Canyon Road, LLC
10461 Quail Canyon Road
El Cajon, CA 92021


15428 Sleepy Creek Road, LLC
15428 Sleepy Creek Road
El Cajon, CA 92021


22842 Hatteras Street, LLC
22842 Hatteras Street
Topanga, CA 90290


23600 Ladrillo Street, LLC
23600 Ladrillo Street
Woodland Hills, CA 91367


5100 Calenda Drive, LLC
5100 Calenda Drive
Woodland Hills, CA 91367


A&E Lanscape
926 Leaslie Rd Apt B
El Cajon, CA 92020

ADP, Inc
1 ADP Blvd.
Roseland, NJ 07068-1728


Agned Kwon Simone
3 Silvedrleaf Dr.,
Palos Verdes Peninsula, CA 90274


Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184


Arlene Carlos
7356 Etiwanda Ave.
Reseda, CA 91335


Atoosa Javaheri
5336 Corteen Pl # 7
Valley Village, CA 91607


Avedissian Olgas
22A Paloma Ave.
Venice, CA 90291


Baback Bob Gabbay MD Inc
5016 Parkway Calabasas Unite 212
Calabasas, CA 91302


BMO Bank N.A.
c/o Bank of the West
P.O. Box 5732
Carol Stream, IL 60197

BMO Bank N.A.
c/o Bank of the West
Wolkers Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209


BMW Financial Services N.A., LLC
PO Box 78103
Phoenix, AZ 85062-8103


Britany Barlow
Guardian ad Litem for S.H.
The Pride Law Firm
2831 Camino del Rio S, Ste 104
San Diego, CA 92108


Concentra
PO Box 3700
Rancho Cucamonga, CA 91729-3700


CSC-Lawyers Incroporating Services
c/o Kapitus LLC
Agent for Service of Process
2710 Gateway Oaks Dr. Ste 150N
Sacramento, CA 95833


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


CT Corporation System
c/o BMO Bank N.A.
Agent for Service of Process
330 N Brand Blvd.
Glendale, CA 91203


Daniel A Samson
20951 Burbank Blvd. Suite D
Woodland Hills, CA 91367

Darrel Hackett - CEO
c/o BMO Bank NA
320 South Canal Street
Chicago, IL 60606


David Gabbay
10530 Wilkins Ave.
Los Angeles, CA 90024


Dell Business Credit
PO Box 5275
Carol Stream, IL 60197


Devine Christopher
5477 Nestle Ave. # 9
Tarzana, CA 91356


Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214


Dreamscape Marketing LLC
6716 Alexander Bell Dr Ste 225
Columbia, MD 21046


Edith Moses
28825 Timberlane Street
Agoura Hills, CA 91301


Emily Rotenberg
30469 Via Victoria
Rancho Palos Verdes, CA 90275

Evan Malone
5855 Sunny Creek Rd.,
Carlsbad, CA 92010


Faggioli Enterprises, Inc
2816 Honololulu Ave. # 823
Verdugo City, CA 91046


FedEx
PO Box 7221
Pasadena, CA 91109


Felix Carpet Clinic
13258 Birch Tree Lane
Poway, CA 92064


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0611


Golden State Overnight
PO Box 31990
Stockton, CA 95213


HandyJuan or Juandyman
876 Phioenix Ave.
Ventura, CA 93004


Hansen Hunter & Co P.C.
7080 SW Fir Loop Suite 100
Portland, OR 97223

Holt Brian R MD PC
1346 N Laurel Avenue # 103
Los Angeles, CA 90046


Honda Financial Services
P.O. Box 60001
City Of Industry, CA 91716


Image 2000 Inc
26037 Huntington Lane
Valencia, CA 91355


Integrated Health Systems LLC
PO Box 23072
Overland Park, KS 66283


IPFS Corporation of California
PO BOX 412086
Kansas City, MO 64141


Irit Bar-Nester
6234 Lubao Ave.,
Woodland Hills, CA 91367


Jennifer Costick
10103 Cristobal Dr.,
Spring Valley, CA 91977


Kapitus LLC
2500 Wilson Blvd, Suite 350
Arlington, VA 22201

Karin Harel
1353 Warner Ave
Los Angeles, CA 90024


Kaylee King
18838 Vista del Canon Unit E,
Newhall, CA 91321


Keri Poppins LLC
3463 Villa Hermosa Dr.
Las Vegas, NV 89121


Kipu Systems, LLC
55 Alhambra Plaza 6th
Miami, FL 33134


Labo & Workforce Development Agency
Attn: PAGA Administrator
1515 Clay Street, Ste 801
Oakland, CA 94612


Leah Thibault
25399 The Old Rd Apt 7105
Stevenson Ranch, CA 91381


Live Scan and More
8685 Wilshire Blvd. #13
Beverly Hills, CA 90211


LLJ Adler WCCII, LLC
c/o Adler Realty Investments, Inc.
21031 Warner Center Lane, Suite C
Woodland Hills, CA 91367

Los Angeles Dept of Water & Power
P.O. Box 30808
Los Angeles, CA 90030


Madeline Jansen
1909 Pelham Ave., Unit 104
Los Angeles, CA 90025


Mark Kempf and Collen Kempf
Daniel J Williams, Esq.
Law Office of Daniel J Williams
3990 Old Town Ave., Ste 202-A
San Diego, CA 92110


Mark Kempf, and Colleen Kempf
Tina M Robinson, Esq.
Robinson Law Firm, PC
6755 Mira Mesa Blvd., Ste 321
San Diego, CA 92121


Mercedes Scientific
PO Box 850001
Orlando, FL 32885-0123


Mitel Inc
PO Box 53230
Phoenix, AZ 85072-3230


Nathan Lindborg
3744 Marlborough Ave. Apt 4
San Diego, CA 92105


Omnicare LLC
One CVS Drive
Woonsocket, RI 02895

Padre Dam Municipal Water District
PO Box 6900
Artesia, CA 90702


Quadient Finance USA, Inc
PO Box 6813
Carol Stream, IL 60197-6813


Quadient Leasing USA, Inc
PO Box 123689
Dallas, TX 75312-3689


Raquel Urey
7062 Lanewood Ave. # 5
Los Angeles, CA 90028


Rebekah Norton
254 E Birch Street
Oxnard, CA 93033


RecoveryFit LLC
6231 LE Sage Ave.,
Woodland Hills, CA 91367


Relias Learning LLC
PO Box 74008620
Chicago, IL 60674


Ring Central Inc
PO Box 734232
Dallas, TX 75373-4232

Rock to Recovery
375 Aster Street
Laguna Beach, CA 92651

San Diego Gas & Electric Company
PO Box 25111
Santa Ana, CA 92799-5111

Sandra Zepeda
Kane Moon Esq.
Moon Law Group, PC
725 S Figueroa St., Ste 3100
Los Angeles, CA 90017

Shred-It USA LLC
28883 Network Place
Chicago, IL 60673

Sparkletts
PO Box 660579
Dallas, TX 75266

Sundiata Kata
6060 Camerion Court
San Diego, CA 92139

Superior Court of California
County of Los Angeles
Van Nuys Courthouse
6230 Sylmar Avenue
Van Nuys, CA 91401

Tiffany Hall
20951 Burbank Blvd Suite D
Woodland Hills, CA 91367

Tyler Pools
5507 A Lewis Ln.,
Agoura Hills, CA 91301


United States Trustee
Woodland Hills Division
915 Wilshire Blvd., # 1850
Los Angeles, CA 90017


US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071


Veliz Gardening and Tree Services
13174 Del Sur Street
San Fernando, CA 91340


Vital Record Holdings LLC
PO Box 80493
City of Industry, CA 91715-8493


Waste Management
PO Box 541008
Los Angeles, CA 90054


Zvi Ryzman
5862 W 3rd St.
Los Angeles, CA 90036

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Eric Bensamochan, Esq. SBN 255482**<br>**9025 WIlshire Blvd., Suite 215**<br>**Beverly Hills, CA 90211**<br>**(818) 574-5740 Fax: (818) 961-0138**<br>California State Bar Number: **SBN 255482 CA**<br>eric@eblawfirm.us | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Destinations to Recovery, LLC**<br><br>                                          Debtor(s),<br><br>                                          Plaintiff(s),<br><br><br><br><br><br>                                          Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Eric Bensamochan, Esq. SBN 255482_____ , the undersigned in the above-captioned case, hereby declare
                    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

November  8, 2024
_____
Date

By:  **/s/ Eric Bensamochan, Esq. SBN**
_____
Signature of Debtor, or attorney for Debtor

Name:  **Eric Bensamochan, Esq. SBN 255482**
_____
Printed name of Debtor, or attorney for Debtor

_____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**