| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric Bensamochan, Esq. SBN255482<br>The Bensaochan Law Firm, Inc.<br>2566 Overland Ave., Suite 650<br>Los Angeles, CA 90064<br>Tel: (818) 574 - 5740<br>Fax: (818) 961 - 0138<br>Email: eric@eblawfirm.us<br><br>[X] *Attorney for:* Debtor and Debtor-In-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.: 1:24-BK-1177-MB |
|---|---|
| | CHAPTER: 11 |
| DESTINATIONS TO RECOVERY, LLC | **AMENDED NOTICE OF OBJECTION TO CLAIM** |
| | DATE: May 14, 2025<br>TIME: 1:30 P.M.<br>COURTROOM: 303<br>PLACE: 21041 Burbank Blvd.,<br>Woodland Hills, CA 91367 |
| Debtor(s). | |

1. TO *(specify claimant and claimant's counsel, if any)*: Dr. Atoosa Javaheri, Claim 3-1, Amount $15,480; Ola Avedissian, Claim 4-1, Amount: $12,800; Jason Hennick, Claim 11-2, Amount $8,675; Keri Poppins, LLC, Claim 14-1, Amount $20,400; Edith Moses, Claim 18-1, Amount: $6,000.

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (See Above) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.
   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 04/09/2025

The Bensamochan Law Firm, Inc.
Printed name of law firm

/s/ Eric Bensamochan
Signature

Date Notice Mailed: 04/09/2025

Eric Bensamochan, Esq.
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Destinations to Recovery, LLC** | Debtor(s). | CASE NUMBER: **1:24-bk-11877-MB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2566 Overland Ave, Suite 650**
**Los Angeles, CA 90064**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE TO OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **04/09/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV):ustpregion16.wh.ecf@usdoj.gov
Russell Clementson: russell.clementson@usdoj.gov
Mark M Sharf (TR): mark@sharflaw.com
Amitkumar Sharma : amit.sharma@aisinfo.com
Mandy Youngblood: csbk@gmfinancial.com
Gregory M Salvato: gsalvato@salvatoboufadel.com
Yolanda Zepeda: scif.legal.bk@scif.com
Tamar Terzian: tterzian@hansonbridgett.com
Eric Bensamochan: eric@eblawfirm.us

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **04/09/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 09, 2025 | Karina Arita | /s/ Karina Arita |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             **9013-3.1.PROOF.SERVICE**

| In re: **Destinations to Recovery, LLC** Debtor(s). | CHAPTER **11** CASE NUMBER **1:24-bk-11877** |
|---|---|

**ADDITIONAL INFORMATION:**

Destinations to Recovery, LLC
20951 Burbank Blvd. Suite D
Woodland Hills, CA 91367

Eric Bensamochan, Esq. SBN
The Bensamochan Law Firm, Inc.
9025 WIlshire Blvd., Suite 215
Beverly Hills, CA 90211

10461 Quail Canyon Road, LLC
10461 Quail Canyon Road
El Cajon, CA 92021

15428 Sleepy Creek Road, LLC
15428 Sleepy Creek Road
El Cajon, CA 92021

22842 Hatteras Street, LLC
22842 Hatteras Street
Topanga, CA 90290

23600 Ladrillo Street, LLC
23600 Ladrillo Street
Woodland Hills, CA 91367

5100 Calenda Drive, LLC
5100 Calenda Drive
Woodland Hills, CA 91367

A&E Lanscape
926 Leaslie Rd Apt B
El Cajon, CA 92020

ADP, Inc
1 ADP Blvd.
Roseland, NJ 07068-1728

Agned Kwon Simone
3 Silvedrleaf Dr.,
Palos Verdes Peninsula, CA 90274

Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184

Arlene Carlos
7356 Etiwanda Ave.
Reseda, CA 91335

Atoosa Javaheri
5336 Corteen Pl # 7
Valley Village, CA 91607

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: **Destinations to Recovery, LLC** Debtor(s). | CHAPTER **11** CASE NUMBER **1:24-bk-11877** |
|---|---|

Avedissian Olgas
22A Paloma Ave.
Venice, CA 90291

Baback Bob Gabbay MD Inc
5016 Parkway Calabasas Unite 212
Calabasas, CA 91302

BMO Bank N.A.
c/o Bank of the West
P.O. Box 5732
Carol Stream, IL 60197

BMO Bank N.A.
c/o Bank of the West
Wolkers Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209

BMW Financial Services N.A., LLC
PO Box 78103
Phoenix, AZ 85062-8103

Britany Barlow
Guardian ad Litem for S.H.
The Pride Law Firm
2831 Camino del Rio S, Ste 104
San Diego, CA 92108

Concentra
PO Box 3700
Rancho Cucamonga, CA 91729-3700

CSC-Lawyers Incroporating Services
c/o Kapitus LLC
Agent for Service of Process
2710 Gateway Oaks Dr. Ste 150N
Sacramento, CA 95833

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CT Corporation System
c/o BMO Bank N.A.
Agent for Service of Process
330 N Brand Blvd.
Glendale, CA 91203

Daniel A Samson
20951 Burbank Blvd. Suite D
Woodland Hills, CA 91367

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: **Destinations to Recovery, LLC** Debtor(s). | CHAPTER **11** CASE NUMBER **1:24-bk-11877** |
|---|---|

Darrel Hackett - CEO
c/o BMO Bank NA
320 South Canal Street
Chicago, IL 60606

David Gabbay
10530 Wilkins Ave.
Los Angeles, CA 90024

Dell Business Credit
PO Box 5275
Carol Stream, IL 60197

Devine Christopher
5477 Nestle Ave. # 9
Tarzana, CA 91356

Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214

Dreamscape Marketing LLC
6716 Alexander Bell Dr Ste 225
Columbia, MD 21046

Edith Moses
28825 Timberlane Street
Agoura Hills, CA 91301

Emily Rotenberg
30469 Via Victoria
Rancho Palos Verdes, CA 90275

Evan Malone
5855 Sunny Creek Rd.,
Carlsbad, CA 92010

Faggioli Enterprises, Inc
2816 Honololulu Ave. # 823
Verdugo City, CA 91046

FedEx
PO Box 7221
Pasadena, CA 91109

Felix Carpet Clinic
13258 Birch Tree Lane
Poway, CA 92064

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0611

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**

| In re: **Destinations to Recovery, LLC** Debtor(s). | CHAPTER **11** <br> CASE NUMBER **1:24-bk-11877** |
|---|---|

Golden State Overnight
PO Box 31990
Stockton, CA 95213

HandyJuan or Juandyman
876 Phioenix Ave.
Ventura, CA 93004

Hansen Hunter & Co P.C.
7080 SW Fir Loop Suite 100
Portland, OR 97223

Holt Brian R MD PC
1346 N Laurel Avenue # 103
Los Angeles, CA 90046

Honda Financial Services
P.O. Box 60001
City Of Industry, CA 91716

Image 2000 Inc
26037 Huntington Lane
Valencia, CA 91355

Integrated Health Systems LLC
PO Box 23072
Overland Park, KS 66283

IPFS Corporation of California
PO BOX 412086
Kansas City, MO 64141

Irit Bar-Nester
6234 Lubao Ave.,
Woodland Hills, CA 91367

Jennifer Costick
10103 Cristobal Dr.,
Spring Valley, CA 91977

Kapitus LLC
2500 Wilson Blvd, Suite 350
Arlington, VA 22201

Karin Harel
1353 Warner Ave
Los Angeles, CA 90024

Kaylee King
18838 Vista del Canon Unit E,
Newhall, CA 91321

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                        **F 9013-3.1**

| In re: **Destinations to Recovery, LLC** Debtor(s). | CHAPTER **11** CASE NUMBER **1:24-bk-11877** |
|---|---|

Keri Poppins LLC
3463 Villa Hermosa Dr.
Las Vegas, NV 89121

Kipu Systems, LLC
55 Alhambra Plaza 6th
Miami, FL 33134

Labo & Workforce Development Agency
Attn: PAGA Administrator
1515 Clay Street, Ste 801
Oakland, CA 94612

Leah Thibault
25399 The Old Rd Apt 7105
Stevenson Ranch, CA 91381

Live Scan and More
8685 Wilshire Blvd. #13
Beverly Hills, CA 90211

LLJ Adler WCCII, LLC
c/o Adler Realty Investments, Inc.
21031 Warner Center Lane, Suite C
Woodland Hills, CA 91367

Los Angeles Dept of Water & Power
P.O. Box 30808
Los Angeles, CA 90030

Madeline Jansen
1909 Pelham Ave., Unit 104
Los Angeles, CA 90025

Mark Kempf and Collen Kempf
Daniel J Williams, Esq.
Law Office of Daniel J Williams
3990 Old Town Ave., Ste 202-A
San Diego, CA 92110

Mark Kempf, and Colleen Kempf
Tina M Robinson, Esq.
Robinson Law Firm, PC
6755 Mira Mesa Blvd., Ste 321
San Diego, CA 92121

Mercedes Scientific
PO Box 850001
Orlando, FL 32885-0123

Mitel Inc
PO Box 53230
Phoenix, AZ 85072-3230

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: **Destinations to Recovery, LLC** Debtor(s). | CHAPTER **11** CASE NUMBER **1:24-bk-11877** |
|---|---|

Nathan Lindborg
3744 Marlborough Ave. Apt 4
San Diego, CA 92105

Omnicare LLC
One CVS Drive
Woonsocket, RI 02895

Padre Dam Municipal Water District
PO Box 6900
Artesia, CA 90702

Quadient Finance USA, Inc
PO Box 6813
Carol Stream, IL 60197-6813

Quadient Leasing USA, Inc
PO Box 123689
Dallas, TX 75312-3689

Raquel Urey
7062 Lanewood Ave. # 5
Los Angeles, CA 90028

Rebekah Norton
254 E Birch Street
Oxnard, CA 93033

RecoveryFit LLC
6231 LE Sage Ave.,
Woodland Hills, CA 91367

Relias Learning LLC
PO Box 74008620
Chicago, IL 60674

Ring Central Inc
PO Box 734232
Dallas, TX 75373-4232

Rock to Recovery
375 Aster Street
Laguna Beach, CA 92651

San Diego Gas & Electric Company
PO Box 25111
Santa Ana, CA 92799-5111

Sandra Zepeda
Kane Moon Esq.
Moon Law Group, PC
725 S Figueroa St., Ste 3100
Los Angeles, CA 90017

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: **Destinations to Recovery, LLC** Debtor(s). | CHAPTER **11** CASE NUMBER **1:24-bk-11877** |
|---|---|

Shred-It USA LLC
28883 Network Place
Chicago, IL 60673

Sparkletts
PO Box 660579
Dallas, TX 75266

Sundiata Kata
6060 Camerion Court
San Diego, CA 92139

Superior Court of California
County of Los Angeles
Van Nuys Courthouse
6230 Sylmar Avenue
Van Nuys, CA 91401

Tiffany Hall
20951 Burbank Blvd Suite D
Woodland Hills, CA 91367

Tyler Pools
5507 A Lewis Ln.,
Agoura Hills, CA 91301

United States Trustee
Woodland Hills Division
915 Wilshire Blvd., # 1850
Los Angeles, CA 90017

US Securities & Exchange Commission
444 S Flower St., # 900
Los Angeles, CA 90071

Veliz Gardening and Tree Services
13174 Del Sur Street
San Fernando, CA 91340

Vital Record Holdings LLC
PO Box 80493
City of Industry, CA 91715-8493

Waste Management
PO Box 541008
Los Angeles, CA 90054

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**