ERIC BENSAMOCHAN, Esq.   SBN 255482
The Bensamochan Law Firm Inc.
2566 Overland Ave. Suite 650
Los Angeles, CA 90064
Tel: (818) 574-5740
Fax: (818) 961-0138
Email: eric@eblawfirm.us

Proposed Attorney for Debtor and Debtor in Possession

**FILED & ENTERED**

**MAY 19 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 1:24-bk-11877-MB |
| | Chapter 11 |
| | **SCHEDULING ORDER** |
| DESTINATIONS TO RECOVERY, LLC | |
| | Date: May 14, 2025 |
| | Time: 1:30 PM |
| | Place: Courtroom 303 - Virtual |
| | Via Zoom.gov |
| DEBTOR. | |

On May 14, 2025, the court held a status conference. Eric Bensamochan, Esq. appeared on behalf of the Debtor. The Court hereby orders the following dates and schedule:

1. The deadline for the Debtor to file a first amended plan of reorganization is July 18, 2025.

2. The continued Status Conference will be held on August 12, 2025, at 1:30 PM either in person or by virtual appearance via Zoom.gov.

1

3. There is no requirement for an additional status report to be filed prior to the continued status conference.

**IT IS SO ORDERED**

###

Date: May 19, 2025

Martin R Barash
United States Bankruptcy Judge