Eric Bensamochan, SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
2566 Overland Ave Suite 650
Los Angeles, Ca 90064
Telephone (818) 574-5740
Email: Eric@eblawfirm.us

Counsel for Debtor and Debtor-in-Possession

**FILED & ENTERED**

**MAY 20 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fisherl    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No. 1:24-bk-11877-MB |
| DESTINATIONS TO RECOVERY, LLC, dba DESTINATIONS FOR TEENS | Chapter 11 |
| Debtor-in-Possession. | **ORDER SUSTAINING IN PART DEBTOR'S FIRST OMNIBUS OBJECTION TO CERTAIN PRIORITY WAGE CLAIMS AND TO RECLASSIFY AS GENERAL UNSECURED CLAIMS.** |
| | Hearing Date:<br>Date: May 14, 2025<br>Time: 1:30 p.m.<br>Ctrm: 303: 21041 Burbank Blvd. Woodland Hills, CA. 91367 or via Zoom.gov. |

On May 14, 2025, at 1:30 p.m., the Honorable Martin Barash, United States Bankruptcy Judge in the Central District of California, held a hearing in Courtroom 303 of the United States Bankruptcy Court located at 21041 Burbank Blvd., Woodland Hills, California, on the Debtor's *First Omnibus Objection To Certain Priority Wage Claims and Request To Reclassify As General Unsecured Claims* [ECF No.137] ("Motion") filed by Debtor and Debtor-in-Possession Destinations to Recovery, LLC ("Debtor"). Appearances were made as set forth on the record.

1

The Court, having considered the Motion, the attached Memorandum of Points and Authorities, the Declaration of Daniel Samson in support thereof, the exhibits attached thereto, and any oral argument at the hearing, and for good cause appearing:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The notice of the Objection was good, proper and appropriate under the Local Bankruptcy Rules, the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code as to Dr. Atoosa Javahari (Claim 3-1), Ola Avedissian (Claim 4-1), Keri Poppins, LLC (Claim 14-1) and Edith Moses (Claim 18-1);

2. The Objection is sustained as to Claimants Dr. Atoosa Javahari, Ola Avedissian, Keri Poppins, LLC, and Edith Moses.

3. The Objection is overruled without prejudice as to Jason Hennick, as he was not listed on the proof of service attached to the objection.

4. Claims 3-1, 4-1, 14-1, and 18-1 are hereby reclassified as general unsecured claims.

**IT IS SO ORDERED.**

###

Date: May 20, 2025

Martin R Barash
United States Bankruptcy Judge